129 P.3d 581

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Kanekoa | 26783 | 02/16/2006 | Vacated & remanded |
| State v. French | 25253 | 02/17/2006 | Vacated & remanded for new trial |
| Burpee v. Garibay | 25421 | 02/23/2006 | Reversed |